# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 2 EAL 2024
:
        Respondent :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
    v. :
:
:
BASILE OUTLAW, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of July, 2024, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

> Where this Court has declared that disrespectful or insulting remarks towards a judge without more is not contemptuous conduct, can a single act of profane name-calling directed at the judge constitute direct criminal contempt?

    The Prothonotary is **DIRECTED** to provide a copy of this order to the Attorney General, who is invited to participate in this appeal as *amicus curiae*.